ARTHUR B. J. SAUERBRUNN, Appellant, *v.* THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

*Sauerbrunn* v. *Board of Education N. Y. City,* 150 App. Div. 407, affirmed.

(Argued March 20, 1913; decided April 4, 1913.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 7, 1912, modifying, and affirming as modified, a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover arrears of salary claimed by the plaintiff from the defendant.

*John E. O'Brien* and *Richard J. Doyle* for appellant.

*Archibald R. Watson, Corporation Counsel (Terence Farley* and *Charles McIntyre* of counsel), for respondent.

Judgment affirmed, with costs, on opinion of McLAUGHLIN, J., below:

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN and CUDDEBACK, JJ. Not sitting: MILLER, J.